FILED
MAR 3 0 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| MARK STEVEN HETMAN, | ) | |
|---|---|---|
| | ) | Civil No. 08-38-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BRIAN BELLEQUE, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Petitioner's unopposed Motion to Dismiss Habeas Petition Without Prejudice [28-1] is GRANTED.

Dated this 30 day of March, 2009.

by _____
Garr M. King
United States District Judge